IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                                CIV. NO. S-10-1066 JAM GGH

    vs.

CRAIG JERROLD POLLARD,

    Defendant.                             ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on September 30, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The September 30, 2010 hearing on the motion for default judgment, filed August 25, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: September 28, 2010                        /s/ Gregory G. Hollows

                                                       GREGORY G. HOLLOWS
                                                       U. S. MAGISTRATE JUDGE

GGH:076:J&JSports1066.vac.wpd